# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TONIA SCOTT, | : | |
| Plaintiff, | : | CIVIL ACTION NO. 3:16-0334 |
| v. | : | (JUDGE MANNION) |
| JEFF REINHARD, et al., | : | |
| Defendants | : | |

## ORDER

For the reasons set forth in the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** The plaintiff's motion for leave to proceed in forma pauperis, (Doc. 2), is **GRANTED**;

**(2)** the plaintiff's complaint, (Doc. 1), is **DISMISSED WITH PREJUDICE**; and

**(3)** the clerk of court is directed to close this case.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: March 7, 2016**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2016 MEMORANDA\16-0334-01-ORDER.wpd